478

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. OTIS NELSON, Defendant-Appellant.

(No. 73-104; 

Fifth District—May 16, 1974.

PER CURIAM.
CREBS, J., took no part.

Robert E. Farrell and Richard E. Cunningham, both of State Appellate Defender's Office, of Mt. Vernon, for appellant.

Robert H. Rice, State's Attorney, of Belleville (Philip G. Feder, Assistant State's Attorney, of counsel), for the People.